UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES LAMAR HARRELL                                                        PLAINTIFF

V.                                         No. 3:22-CV-24-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                             DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 15th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE